| | |
|---|---|
| Frankie F. Camacho,<br><br>Plaintiff,<br><br>vs.<br><br>Guam Territory, et al.,<br><br>Defendants. | Case No. 1:05-cv-00009<br><br><br><br>**CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the *Petition for Writ of Habeas Corpus by a Person in Federal Custody 28 U.S.C. 2241 filed March 9, 2005* on the dates indicated below:

*Office of the Attorney General*
*9/19/2005*

I, Shirlene A. Ishizu, declare under the penalty of perjury that on the above listed date(s) the:

*Petition for Writ of Habeas Corpus by a Person in Federal Custody 28 U.S.C. 2241 filed March 9, 2005*

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: September 20, 2005                                /s/ Shirlene A. Ishizu
                                                                        Deputy Clerk