# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| **Frankie F. Camacho,** <br><br> Petitioner, <br><br> vs. <br><br> **Guam Territory, et al.,** <br><br> Respondents. | **Case No: 1:05-cv-00009** <br><br><br> **CERTIFICATE OF SERVICE** |

The following individual was served by first class mail on September 30, 2005:

    *Frankie T. Camacho*

I, Shirlene A. Ishizu, declare under penalty of perjury that on the above-listed date I served the:

*Order dismissing Petition for Writ of Habeas Corpus by a Person in Federal Custody 28 U.S.C. 2241 filed September 27, 2005*

on the above listed individual in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: October 3, 2005                    /s/ Shirlene A. Ishizu
                                                            Deputy Clerk