

FILED
DISTRICT COURT OF GUAM
OCT - 3 2005
MARY L.M. MORAN
CLERK OF COURT

UNITED STATES DISTRICT COURT

DISTRICT OF GUAM

| | |
|---|---|
| FRANKIE T. CAMACHO,<br><br>Petitioner,<br><br>vs.<br><br>GUAM TERRITORY, et al.,<br><br>Respondents. | CIVIL CASE NO. 05-00009<br><br>**JUDGMENT** |

Judgment is hereby entered in accordance with the Order filed September 27, 2005.

Dated this 3rd day of October, 2005, Hagatna, Guam.

/s/ Mary L.M. Moran
Clerk of Court