| | |
|---|---|
| **Frankie F. Camacho,** | |
| Petitioner, | |
| vs. | Case No: 1:05-cv-00009 |
| **Guam Territory, et al.,** | |
| Respondents. | **CERTIFICATE OF SERVICE** |

The following individual was served by first class mail on October 3, 2005:

*Frankie T. Camacho*

I, Shirlene A. Ishizu, declare under penalty of perjury that on the above-listed date I served the:

***Clerk's Judgment and the Notice of Entry of Order and Judgment re Order dismissing Petition for Writ of Habeas Corpus by a Person in Federal Custody 28 U.S.C. 2241 and Clerk's Judgment filed October 3, 2005***

on the above listed individual in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: October 3, 2005                             /s/ Shirlene A. Ishizu
                                                                Deputy Clerk