# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| Frankie F. Camacho, <br><br> Petitioner, <br><br> vs. <br><br> Guam Territory, et al., <br><br> Respondents. | Case No. 1:05-cv-00009 <br><br><br><br> **CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the *Clerk's Judgment filed October 3, 2005 and Notice of Entry to Order dismissing Petition for Writ of Habeas Corpus by a Person in Federal Custody 28 U.S.C. 2241 and Clerk's Judgment filed October 3, 2005,* on the dates indicated below:

*Office of the Attorney General*
*10/4/2005*

I, Shirlene A. Ishizu, declare under the penalty of perjury that on the above listed date(s) the:

*Clerk's Judgment filed October 3, 2005 and Notice of Entry to Order dismissing Petition for Writ of Habeas Corpus by a Person in Federal Custody 28 U.S.C. 2241 and Clerk's Judgment filed October 3, 2005,*

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: October 5, 2005  /s/ Shirlene A. Ishizu
Deputy Clerk