

FILED
DISTRICT COURT OF GUAM

OCT 25 2005

MARY L.M. MORAN
CLERK OF COURT

FRANKIE T. CAMACHO,
    Petitioner,

vs.

GUAM TERRITORY, et. al.,
    Respondent.

Civil # 05-CV-00009

## NOTICE OF APPEAL

NOTICE IS HEREBY given that Frankie T. Camacho, the petitioner pro se in the above-styled case, appeals to the 9th Circuit Court of Appeals the District Court's judgment/order dismissing Camacho's writ of habeas corpus under 28 USC §2241. Such judgment entered on the 27th day of September, 2005., by the Honorable Lloyd D. George, US Distirct Court Judge, District of Guam. A Certificate of Appealibility (COA) is not needed to appeal judgment in §2241 petition. See: Sawyer v. Holder, 326 F3d 1363 (11th Cir. 2003), therefore Camacho has not filed application for COA, however, will do so if instructed by the Court.1/

Done this 17th day of October, 2005.

*Frankie T. Camacho*
Frankie T. Camacho
Petitioner, Pro Se

---

1/  If COA is required Camacho would pose this question:
    "Whether §2241 is proper vehicle when prisoner is only challenging the execution of sentence, and has exhausted administrative remedies related to parole eligiblity."

# PROOF OF SERVICE

(The movant must send a copy of this motion and all attachments to the United States Attorney's office in the district in which he or she was convicted.)

I certify that on ___10/18/05___, I mailed a copy of this Motion* and
(date)

Notice of Appeal

all attachments

to ___ US District Court    Attorney General of Guam
    District of Guam        Dept. of Law
    4th Fl. Courthouse      238 Archbishop FC
at the following address: 520 West Soledad Ave.  Flores Street
    Hagatna, Guam 96910     Agana, Guam 96910

___Frankie T. Camacho___
Movant's Signature
Frankie T. Camacho # 80354-011
US Penitentiary
PO Box 150160
Atlanta, GA 30315

---

*Pursuant to Fed. R. App. P. 25(a)(2)(c), "A paper filed by an inmate confined in an institution is timely filed if deposited in the institution's internal mail system on or before the last day for filing. Timely filing of a paper by an inmate confined in an institution may be shown by a notarized statement or declaration (in compliance with 28 U.S.C. § 1746) setting forth the date of deposit and stating that first-class postage has been prepaid."

---

Motion re: 28 U.S.C. § 2255 6/99