# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam  96910**

| | |
|---|---|
| Frankie F. Camacho, | Case No. 1:05-cv-00009 |
| Petitioner, | |
| vs. | |
| Guam Territory, et al., | **CERTIFICATE OF SERVICE** |
| Respondents. | |

The following office(s)/individual(s) acknowledged receipt of the *Notice of Appeal filed October 25, 2005* on the dates indicated below:

*Attorney General of Guam*
*Civil Division*
*October 26, 2005*

I, Renee M. Martinez, declare under the penalty of perjury that on the above listed date(s) the:

Notice of Appeal filed October 25, 2005

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: October 26, 2005             /s/ Renee M. Martinez
                                               Deputy Clerk