
# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| FRANKIE T. CAMACHO,<br><br>Petitioner,<br><br>vs.<br><br>GUAM TERRITORY, et. al.<br><br>Respondents. | Civil Case No. 05-00009<br><br>**ORDER**<br><br>Denying Certificate of Appealability |

This matter comes before the Court on Petitioner Frankie T. Camacho's ("Camacho") Notice of Appeal from this Court's Order (1) construing his petition filed pursuant to 28 U.S.C. § 2241 as a petition more properly brought under 28 U.S.C. § 2254 and (2) dismissing his petition for failure to exhaust his claims in state court. *See* Docket No. 3.

A Notice of Appeal shall be construed as an Application for a Certificate of Appealability. *See,* FED. R. APP. P. 22(b). A certificate of appealability may be issued from a final order in a habeas corpus proceeding in which the detention complained of arises out of process issued by a State court "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). Camacho has not substantially demonstrated the denial of his constitutional rights, pursuant to 28 U.S.C. § 2253(c)(2). Nor has he demonstrated that the issues surrounding this Court's dismissal of Camacho's § 2254 petition are "debatable among jurists of reason." *See, Jennings v. Woodford*, 290 F.3d 1006, 1010 (9th Cir. 2002). Accordingly, Camacho's motion for a certificate of appealability is DENIED.

| | |
|---|---|
| 1 | **IT IS SO ORDERED** this  9   day of November, 2005. |
| 2 | |
| 3 | |
| 4 | |
| 5 | _____ |
| 6 | ROBERT CLIVE JONES[*]<br>United States District Judge |

[*] The Honorable Robert Clive Jones, United States District Judge for Nevada, by designation.