# CERTIFICATE OF SERVICE

| | |
|---|---|
| **Frankie T. Camacho,**<br><br>Plaintiff,<br><br>vs.<br><br>**Guam Territory, et al.**<br><br>Defendants. | **Case No: 1:05-cv-00009** |

The following individual was served by first class mail on November 10, 2005:

**Frankie T. Camacho**
#80354-011
U.S. Penitentiary
P.O. Box 150160
Atlanta, GA 30315

I, Renee M. Martinez, declare under penalty of perjury that on the above-listed date I served the:

Order Denying Certificate of Appealability filed November 9, 2005

on the above listed individual in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: November 14, 2005           /s/ Renee M. Martinez
                                              Deputy Clerk