# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| Frankie T. Camacho, | Case No. 1:05-cv-00009 |
| Plaintiff, | |
| vs. | |
| Guam Territory, et al. | **CERTIFICATE OF SERVICE** |
| Defendants. | |

The following office(s)/individual(s) acknowledged receipt of the Order Denying Certificate of Appealability filed November 9, 2005 on the dates indicated below:

Office of The Attorney General
November 10, 2005

I, Renee M. Martinez, declare under the penalty of perjury that on the above listed date(s) the:

Order Denying Certificate of Appealability

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: November 14, 2005          /s/ Renee M. Martinez
                                       Deputy Clerk