UNITED STATES COURT OF APPEALS

**FILED**

FOR THE NINTH CIRCUIT

DEC 0 5 2006

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| FRANKIE F. CAMACHO,<br><br>Petitioner - Appellant,<br><br>V.<br><br>GUAM TERRITORY; et al.,<br><br>Respondents - Appellees. | No. 05-17126<br>D.C. No. CV-05-00009-LDG<br><br>ORDER |

**FILED**
DISTRICT COURT OF GUAM
DEC 1 1 2006
MARY L.M. MORAN
CLERK OF COURT

A review of the file in this case reveals that the appellant has failed to perfect the appeal as prescribed by the Federal Rules of Appellate Procedure.

Pursuant to Ninth Circuit Rule 42-1, this appeal is dismissed for failure to file the opening brief on appeal in this case.

A certified copy of this order sent to the district court shall act as and for the mandate of this court.

FOR THE COURT:

Cathy A. Catterson
Clerk of Court

By: Marian Foreman
Deputy Clerk



A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST
DEC 0 5 2006
by: Deputy Clerk

ORIGINAL