# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

# CERTIFICATE OF SERVICE

| | |
|---|---|
| **Frankie T. Camacho,** | |
| Petitioner-Appellant, | |
| vs. | **Case No: 1:05-cv-00009** |
| **Guam Territory, et. al.,** | |
| Respondents-Appellees. | |

The following entity was served by first class mail on December 11, 2006:

    Frankie T. Camacho

I, Marilyn B. Alcon, declare under penalty of perjury that on the above-listed date I served the:

*USCA Order, filed December 11, 2006*

on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: December 12, 2006              /s/ Marilyn B. Alcon
                                                           Deputy Clerk